# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

United States of America, et al.

                                       Plaintiff,

v.                                                    Case No.: 1:05−cv−05930

                                                        Honorable Matthew F. Kennelly

Walsh Construction Company

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 5, 2009:

       MINUTE entry before the Honorable Matthew F. Kennelly:Motion to dismiss [33] is entered and continued to 2/23/2009 at 9:30 am. Motion hearing [33] held. Status hearing held on 2/5/2009 and continued to 2/23/2009 at 9:30 am.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.